Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

*Attorneys for Plaintiff,*
MICHAEL HARRINGTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 5:18-cv-02133-JGB-SP<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Michael Harrington, by and through his attorneys of record, respectfully notifies this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Stipulation and Proposed

Order to Dismiss Case with Prejudice will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

                                          RESPECTFULLY SUBMITTED,
                                          **SM LAW GROUP, APC**

DATED:  March 18, 2019        BY: */s/ Kian Mottahedeh*
                                          Kian Mottahedeh (SBN 247375)
                                          Attorneys for Plaintiff,
                                          MICHAEL HARRINGTON