Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

*Attorneys for Plaintiff,*
MICHAEL HARRINGTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>       Plaintiff,<br><br>   v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 5:18-cv-02133-JGB-SP<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure FRCP 41(A)(1)(a)(ii), Plaintiff Michael Harrington and Defendant Kohl's Department Stores, Inc., by and through their respective undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs and expenses.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED,<br>**SM LAW GROUP, APC** |
| DATED: March 19, 2019 | BY: */s/ Kian Mottahedeh*<br>Kian Mottahedeh (SBN 247375)<br>Attorneys for Plaintiff,<br>MICHAEL HARRINGTON |
|   | **KELLEY DRYE & WARREN LLP** |
| DATED: March 19, 2019 | BY: */s/ Tahir L. Boykins* [1]<br>Tahir L. Boykins (SBN 323441)<br>Attorneys for Defendant,<br>KOHL'S DEPARTMENT STORES, INC. |

---

[1] Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.