JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>   Plaintiff,<br><br> v.<br><br>KOHL'S DEPARTMENT STORES, INC.; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 5:18-cv-02133-JGB-SP<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

The Court, having reviewed the Parties' Stipulation to Dismiss Case with Prejudice, and good cause appearing therefore, it is hereby ordered that the stipulation is granted. The above-captioned matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: March 20, 2019

                  _____
                  HONORABLE JESUS G. BERNAL
                  United States District Court Judge
                  Central District of California